UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| In re | Case No. __22-31974-dwh7__ |
|---|---|
| **Springer Construction LLC** | ☐ Amended |
| | **NOTICE OF INTENT TO SELL REAL OR PERSONAL PROPERTY, COMPENSATE REAL ESTATE BROKER, AND/OR PAY ANY SECURED CREDITOR'S FEES AND COSTS; MOTION FOR AUTHORITY TO SELL PROPERTY FREE AND CLEAR OF LIENS; AND NOTICE OF HEARING** |
| Debtor | [Do not use to sell personally identifiable information about individuals] |

**NOTICE IS GIVEN** that _____**Kenneth S. Eiler**_____, the __**Chapter 7 Trustee**__ (debtor, trustee, etc.), intends to sell the property described below and moves for authority to sell the property free and clear of liens under 11 U.S.C. § 363(f) and the guidelines set forth in Local Bankruptcy Form (LBF) 363, *Procedures re: Motions for Sale of All or Substantially All Assets*. The movant's name, address, and phone number are:
 **Kenneth S. Eiler, Trustee, 515 NW Saltzman Rd., PMB 810, Portland, OR 97229**
 **503-292-6020**

If you wish to object to any aspect of the sale or fees disclosed in paragraph 7 or 15, you must:

1. Attend the hearing set in paragraph 16 below; and

2. Within 21 days after the later of the date next to the signature below or the service date in paragraph 17 below, file with the clerk at 1050 SW 6th Ave. #700, Portland OR 97204 or 405 E 8th Ave. #2600, Eugene OR 97401:

    a. a written objection stating the specific facts upon which the objection is based, and

    b. a certificate of service of the objection on the movant.

This document constitutes the notice required by Local Bankruptcy Rule (LBR) 2002-1. All sections must be completed.

1. The specific subsections of 11 U.S.C. § 363(f) movant relies on for authority to sell the property free and clear of liens are:
    **363(f)(3)**

2. Buyer's name & relation to debtor:
   **Michael and Brooke Matsuda.  Unrelated to debtor**

3. General description of the property (if real property, state street address here. Also attach legal description as an exhibit to the notice filed with the court):
   **Real property located at 24720 SW Allison Lane, Sherwood, OR 97140**

4. A copy of the full property description or inventory may be examined or obtained at:
   **Contact Trustee**

5. The property may be previewed at (include time and place):
   **Contact Trustee**

6. Other parties to the transaction and their relationship to the debtor are:
   **N/A**

7. The gross sale price is: $ **2,484,252.00**.

   All liens on the property total $ **1,698,135.31**, of which movant believes a total of $ **0.00** need not be paid as secured claims (because the lien is invalid, avoidable, etc., the lienholder consents to less than full payment, or part or all of the underlying debt is not allowable).

   Secured creditor(s) also seek(s) reimbursement of $ **0.00** for fees and costs.

   Total sales costs will be: $ **$25,000.00**.

   All tax consequences have been considered, and it presently appears that the sale will result in net proceeds to the estate after payment of valid liens, fees, costs, and taxes of approximately: $ **786,116.69**.

8. The sale ☒ is ☐ is not (mark one) of substantially all of the debtor's assets. Terms and conditions of sale:
   **Sale is subject to financing, and well and septic inspections.  Seller agrees to credit up to $25,000 to buyer for any repairs buyer's appraiser determines are a necessary condition to close purchase financing.**

9. Competing bids must be submitted to the movant no later than __02/14/2023__ and must exceed the above offer by at least **$10,000.00** and be on the same or more favorable terms to the estate.

10. Summary of all available information regarding valuation, including any independent appraisals:
    **2022 Washington County Tax Assessor Appraisal - $734,640.00**

11. If paragraph 7 indicates little or no equity for the estate, the reason for the sale is:
    **N/A**

    and expenses and taxes resulting from the sale will be paid as follows:
    **Closing Costs of approximately $25,000**

12. (Chapter 11 cases only) The reason for proposing the sale before confirmation of a plan of reorganization is:
    **N/A**

13. The following information relates to lienholders (who are listed in priority order):

| Name | Service Address [*See Federal Rule of Bankruptcy Procedure (FRBP) 7004*] | Approx. Lien Amount | Indicate Treatment at Closing (Fully Paid, Partially Paid, or Not Paid.) |
|---|---|---|---|
| **See attached for lienholder information** | | | |
| | | | |
| | | | |

14. Any liens not fully paid at closing will attach to the sale proceeds in the same order of priority they attach to the property. Any proceeds remaining after paying liens, expenses, taxes, commissions, fees, costs, or other charges as provided in this motion, must be held in trust until the court orders payment.

15. (If real property) The court appointed real estate broker, **N/A. Buyer's broker to be paid by Buyer.** will be paid _____.

16. A hearing on the motion and any objections to the sale or fees, at which witnesses may not testify, is scheduled as follows:

**Date:** **02/21/2023**     **Time:** **11:00 a.m.**

**Location:** ☐ Courtroom #_____, _____

☒ Telephone Hearing [See *LBF 888, Telephone Hearing Requirements*.]

**Call In Number:** (888) 684-8852

**Access Code:** ☒ 5870400 for Judge David W. Hercher (dwh)
☐ 1238244 for Judge Peter C. McKittrick (pcm)
☐ 4950985 for Judge Teresa H. Pearson (thp)
☐ 3388495 for Judge Thomas M. Renn (tmr)

☐ Video Hearing. To connect, see www.orb.uscourts.gov/video-hearings.

If no timely objection is filed, the hearing may be canceled and an order submitted. Parties are encouraged to check the hearing calendar at https://www.orb.uscourts.gov after the objection deadline has passed.

17. I certify that on **01/18/2023** this document was served, under FRBP 7004, on the debtor(s), trustee (if any), U.S. Trustee, each named lienholder at the address listed above, the creditors' committee chairperson (if any), and their attorneys; and (unless movant is a chapter 7 trustee) that it was also sent on that date, pursuant to FRBP 2002(a), to all creditors and all parties as listed in the court's records that were obtained on **01/18/2023**, a copy of which is attached to the document filed with the court.

18. For further information, contact:
    David Criswell, 503-778-2198, CriswellD@lanepowell.com
    Kenneth S. Eiler, 503-292-6020, kenneth.eiler7@gmail.com

**01/18/2023**     **/s/ David W. Criswell, Attorney for Trustee**
Date            Signature & Relation to Movant

_____
(If debtor is movant) Debtor's Address & Last 4 Digits of Taxpayer ID#

| Name | Service Address | Approximate Lien Amount | Indicate Treatment at Closing |
|---|---|---|---|
| Washington County Tax Assessor | Washington County Assessment & Taxation<br>155 N. First Avenue, Suite 130 MS8<br>Hillsboro, Oregon 97124 | $12,586.10 | Fully Paid |
| BRMK Lending, LLC | The Corporation Trust Company, Registered Agent<br>Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br><br>Black Helterline LLP<br>c/o Britta E. Warren<br>805 SW Broadway, Suite 1900<br>Portland, OR 97205 | $1,235,000.00 | Fully Paid |
| BQC LLC | William P. Rosacker, Registered Agent<br>2605 N. College St.,<br>Newberg, OR 97132 | $19,107.00 | Fully Paid |
| Durite Painting, Inc. | Nefodey Matveev, Registered Agent<br>16909 Mountain View Lane NE<br>Woodburn, OR 97071 | $31,428.00 | Fully Paid |
| Northwest Door and Supply, Inc. | Thomas Holmes, Registered Agent<br>10550 SW Manhasset Dr.<br>Tualatin, OR 97062 | $44,058.50 | Fully Paid |
| WCP, Inc. | Sussman Shank Registration Services, LLC, Registered Agent<br>Attn: Darin D. Honn<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205 | $17,171.71 | Fully Paid |
| Jeff and Terra Mattson | Jeff & Terra Mattson<br>17695 NE Leander Dr.<br>Sherwood, OR 97140<br><br>Thomas W. Stilley<br>Sussman Shank LLP<br>1000 SW Broadway, Suite 1400<br>Portland, OR 97205 | $338,784.00 (lien rights pursuant to 11 U.S.C. 363(j)) | Fully Paid |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0979-3<br>Case 22-31974-dwh7<br>District of Oregon<br>Portland<br>Wed Jan 18 08:17:16 PST 2023 | BRMK Lending LLC<br>c/o Black Helterline LLP<br>805 SW Broadway Suite 1900<br>Portland, OR 97205-3359 | Springer Construction LLC<br>14845 S.W. Murray Scholls Drive #11<br>PMB #105<br>Beaverton, OR 97007-9237 |
| 1050 SW 6th Ave. #700<br>Portland, OR 97204-1160 | BQC LLC<br>1002-A N. Springbrook Road #128<br>Newberg, OR 97132-2160 | BQC LLC<br>1002A N. Springbrook Road #128<br>Newberg, OR 97132-2160 |
| BQC LLC<br>c/o Christopher W. Brown<br>2913 Portland Road<br>Newberg, OR 97132-1947 | BQC LLC<br>c/o William P. Rosacker<br>Registered Agent<br>2605 N. College Street<br>Newberg, OR 97132-9128 | BRMK Lending LLC<br>Broadmark Realty Capital Inc.<br>1420 Fifth Avenue #2000<br>Seattle, WA 98101-1348 |
| BRMK Lending LLC<br>c/o Black Helterline<br>805 S.W. Broadway #1900<br>Portland, OR 97205-3359 | BRMK Lending LLC<br>c/o CT Corporation System<br>Registered Agent<br>780 Commercial Street SE #100<br>Salem, OR 97301-3465 | Brian Clopton Excavating Inc.<br>P.O. Box 509<br>Wilsonville, OR 97070-0509 |
| Crabtree Rock Company Inc.<br>P.O. Box 430<br>Newberg, OR 97132-0430 | Customline Shower<br>5865 S.W. Jean Road<br>Lake Oswego, OR 97035-5303 | Durite Painting Inc.<br>P.O. Box 229<br>Woodburn, OR 97071-0229 |
| Durite Painting Inc.<br>c/o Nefodey Matveev<br>Registered Agent<br>16909 Mountain View Lane N.E.<br>Woodburn, OR 97071-9554 | Gregory and Maria Greulich<br>2502 N.W. Westover Road<br>Portland, OR 97210-3109 | Gregory and Maria Greulich<br>c/o James L. Stepovich<br>12244 Fuerte Drive #1000<br>El Cajon, CA 92020-8322 |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Jeff and Terra Mattson<br>19824 SW 72nd Ave #102<br>Tualatin OR 97062-8398 | Jeff and Terra Mattson<br>c/o Neil N. Olsen<br>Olsen Barton LLC<br>5 Centerpointe Dr #220<br>Lake Oswego OR 97035-8620 |
| K.D.M. Construction<br>7595 S.W. Frobase Road<br>Tualatin, OR 97062-9611 | Knez Insulation Company LLC<br>P.O. Box 1430<br>Clackamas, OR 97015-1430 | Lewis Audio Video<br>2112 Portland Road<br>Newberg, OR 97132-1363 |
| M.N.Z. Construction<br>3660 Victor Point Road NE<br>Silverton, OR 97381-9579 | Macadam Floor & Design LLC<br>6655 S.W. Macadam Avenue<br>Portland, OR 97239-3551 | Mark O. Cottle<br>P.O. Box 1124<br>Sherwood, OR 97140-1124 |
| Multnomah County Circuit Court<br>Case No. 22CV00722<br>1200 S.W. First Avenue<br>Portland, OR 97204-3266 | Northwest Door & Supply<br>P.O. Box 68<br>Tualatin, OR 97062-0068 | Northwest Door and Supply<br>c/o Thomas K. Wolf<br>5200 S.W. Meadows Road #150<br>Lake Oswego, OR 97035-0066 |

| | | |
|---|---|---|
| Northwest Door and Supply<br>c/o Thomas L. Holmes<br>Registered Agent<br>10550 S.W. Manhasset Drive<br>Tualatin, OR 97062-8589 | Oregon Department of Revenue<br>Bankruptcy Unit<br>955 Center Street NE #353<br>Salem, OR 97301-2555 | Phillips Pump Sales & Service<br>P.O. Box 938<br>Newberg, OR 97132-0938 |
| Portland General Electric<br>P.O. Box 4438<br>Portland, OR 97208-4438 | Standard TV & Appliance<br>3600 S.W. Hall Blvd.<br>Beaverton, OR 97005-2052 | Stephen A. Shaw<br>21501 S.W. Nicholas View Drive<br>Sherwood, OR 97140-8958 |
| US Trustee, Portland<br>1220 SW 3rd Ave., Rm. 315<br>Portland, OR 97204-2829 | WCP Inc.<br>P.O. Box 37<br>Wilsonville, OR 97070-0037 | WCP Inc.<br>c/o Adam J. LeBrun<br>11825 S.W. Greenburg Road #212<br>Tigard, OR 97223-6466 |
| WCP Inc.<br>c/o Sussman Shank Registration Services<br>Registered Agent<br>1000 S.W. Broadway #1400<br>Portland, OR 97205-3066 | Washington County<br>Assessment and Taxation<br>155 N. First Avenue #130<br>Hillsboro, OR 97124-3072 | Washington County Circuit Court<br>Case No. 21CV40573<br>150 North First Avenue - MS 37<br>Hillsboro, OR 97124-3002 |
| Washington County Circuit Court<br>Case No. 22CV05957<br>150 North First Avenue, - MS 37<br>Hillsboro, OR 97124-3002 | Washington County Circuit Court<br>Case No. 22CV09413<br>150 North First Avenue,- MS 37<br>Hillsboro, OR 97124-3002 | Washington County Circuit Court<br>Case No. 22CV17511<br>150 North First Avenue - MS 37<br>Hillsboro, OR 97124-3002 |
| Washington County Circuit Court<br>Case No. 22CV22464<br>150 North First Avenue - MS 37<br>Hillsboro, OR 97124-3002 | Washington County Circuit Court<br>Case No. 22CV25303<br>150 North First Avenue - MS 37<br>Hillsboro, OR 97124-3002 | Waste Management of Oregon<br>800 Capitol Street #3000<br>Houston, TX 77002-2945 |
| Waste Management of Oregon<br>c/o CT Corporation<br>Registered Agent<br>780 Commecial Street SE #100<br>Salem, OR 97301-3465 | Waste Management of Oregon<br>c/o Damon J. Petticord<br>7175 S.W. Beveland Road #210<br>Portland, OR 97223-8665 | Kenneth S Eiler<br>515 NW Saltzman Rd - PMB 810<br>Portland, OR 97229-6098 |
| TODD TRIERWEILER<br>4721 NE 102nd Ave<br>Portland, OR 97220-3339 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Northwest Door and Supply<br>P.O. Box 68<br>Tualatin, OR 97062-0068 | (u)Jeff and Terra Mattson | End of Label Matrix<br>Mailable recipients   51<br>Bypassed recipients    2<br>Total                 53 |